OKORIE OKOROCHA (SBN 226658)
**THE OKOROCHA FIRM**
117 E. Colorado Blvd. Suite 465
Pasadena, CA 91105
Email: OO@OOESQ.COM
Tel: (310) 497-0321

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE DEAN, an individual, ATTILA TOTH, as individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DOE 1, an individual; DOE 2, an individual; DOE 3, an individual; DOE 4, an individual; DOE 5, an individual; DOE BUSINESS ENTITY 1; DOE BUSINESS ENTITY 2; DOE BUSINESS ENTITY 3; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br><br>UNLIMITED JURISDICTION DAMAGES SOUGHT OVER $25,000.00<br><br>COMPLAINT FOR CIVIL DAMAGES INJUNCTIVE RELIEF<br>1. VIOLATION OF THE ANTI-CYBERSQUATIING CONSUMER PROTECTION ACT PURSUANT TO TITLE 15 U.S.C. § 1125 (a)(l);<br><br>DEMAND FOR JURY TRIAL |

1. Comes now KAMILLE DEAN and ATTILA TOTH ("Plaintiff" or "Plaintiffs"), who file this complaint for violation of the anti-cybersquatting statute pursuant to Title 15 U.S.C. § 115(d) and related state law torts against defendant DOE 1, an individual; DOE 2, an individual; DOE 3, an individual; DOE 4, an

1

individual; DOE 5, an individual; DOE BUSINESS ENTITY 1; DOE BUSINESS ENTITY 2;  DOE BUSINESS ENTITY 3; and DOES 1 through 100, inclusive ("Defendant" or "Defendants")

## I.
## JURISDICTION NAD VENUE

2.      This court has proper jurisdiction pursuant to Title 28 U.S.C. §1367 (a) as federal question and in rem jurisdiction pursuant to Title 15 U.S.C. §1125 (d) (2), and Title 28 U.S.C. § 1367 for supplemental jurisdiction over state law claims. The Plaintiffs have proper venue pursuant to Title 28 U.S.C. § 1391(b)(1), as the case arose from the Defendants website which damaged Plaintiff KAMILLE DEAN, who currently resides in the Central District of California.

3.      The true names and capacities of those defendants sued herein as Does 1 through 100, inclusive, are unknown to Plaintiffs, who therefore sues said Defendant(s) by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when the same have been ascertained pursuant to Fed.R.Civ.P. 15 (c)(3).

## II
## GENERAL ALLEGATIONS

4.      Plaintiffs is informed and believes, and upon such information and belief alleges that Defendants all participated in creating the web domain http://www.latituderealtor.org.  On or about September 15, 2018, Plaintiffs discovered that the defendants created a website and had purchased http://www.latituderealtor.org.

//

//

//

III.

## CAUSES OF ACTION AND REMEDIES

1.

## VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT PURSUANT TO TITLE 15 U.S.C. §1125 (a)(a)

5. Plaintiffs' allege and incorporate all facts and allegations expressed in the foregoing paragraphs, inclusive, as if alleged and incorporated herein.

6. The website domain in name located at the URL address of http://www.latituderealtor.org was registered by the Defendants and this registration was a bad-faith registration solely to attack Plaintiffs.

7. The Plaintiffs have not authorized the Defendant to use their legal names and private personal information for the URL domain http://www.latituderealtor.org.

8. The Defendant has not made any bona fide fair use of Plaintiffs' legal names.

9. The Defendants registration, use or trafficking in the confusingly domain name of http://www.latituderealtor.org constitutes cybersquatting in violation of Tile 15 U.S.C. § 1125 (a)(1) entitling the Plaintiffs to relief.

10. This is an exceptional case entitling the Plaintiffs to attorneys' fees pursuant to Title 15 U.S.C. §1117, and punitive damages.

IV.

## PRAYER FOR RELIEF

Wherefore the Plaintiffs pray for such relief as follows:

1. For an order of injunction stopping the Defendants from using a website with the address http://www.latituderealtor.org and the forfeiture or cancellation of the domain name or the transfer of the domain name to the Plaintiffs.

2.	For special damages as described above for defamation per se damages.

3.	For general damages for emotional distress.

4.	Plaintiffs are also entitled to punitive damages, as well as reasonable attorney's fees pursuant to Title 15 U.S.C. §1117.

5.	For costs of suit.

6.	For all other such relief as the court deems proper and justified.

V.

DEMAND FOR JURY TRIAL

Pursuant to Fed.R.Civ.P. 38 (b) and C.D.L.R. 38-1, Plaintiffs hereby demand(s) a jury trial on any and all issues qualified for a jury trial to which there is an entitlement to a jury trial under the United States Constitution.

Dated this 9th day of October, 2018

/S/ OKORIE OKOROCHA

_____

Okorie Okorocha, Esq.

Attorney for the Plaintiffs